FILED
2011 Apr-18  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT J. ISAAC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:10-cv-1352-PWG |
| INGRAM LAW OFFICES LLC, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Defendant has filed a Motion to Dismiss and represented to the court that plaintiffs have signed a release, filed under seal, and do not oppose the dismissal of this lawsuit.  The motion is GRANTED.  It is ORDERED, ADJUDGED and DECREED that this action is DISMISSED with prejudice, costs taxed as paid.

The clerk is DIRECTED to mail a copy of this order to plaintiffs at the following address:

> Albert J. Isaac
> 617 76th Street South
> Birmingham, Alabama 35206
>
> Rosetta W. Isaac
> 617 76th Street South
> Birmingham, Alabama 35206

As to the foregoing it is SO ORDERED this the 18th day of April, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE